THE STATE OF NEW JERSEY, WILLIAM D. LYKES AND THOMAS POTTER, PROSECUTORS, v. HOWARD HEIGHT, RESPONDENT.

Submitted January term, 1933—Decided April 11, 1934.

Before Justices PARKER, LLOYD and HEHER.

For the prosecutors, *Samuel M. Adler* (*John A. Lynch,* of counsel).

For the respondent, *Edward W. Currie.*

PER CURIAM.

The application is for a writ of *certiorari* to review the action of the sheriff of Monmouth county in dismissing the applicants as jail guards in the Monmouth county jail.

The court having given due consideration to the application and the reasons advanced therefor, and the same being deemed insufficient, it is hereby denied, with costs.